# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2722MN

_____

Leonard D. Lindborg,                          *
                                              *
                    Appellee,                 *
                                              *    Appeal from the United States
            v.                                *    District Court for the District
                                              *    of Minnesota.
Alpha Computers, Inc; Daniel                  *
Houghton; Tamara Wilcox,                      *         [UNPUBLISHED]
                                              *
                    Appellants.               *

_____

Submitted:  March 12, 1999
    Filed:  March 18, 1999

_____

Before FAGG, LAY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Alpha Computers, Inc., Daniel Houghton, and Tamara Wilcox (collectively the appellants) appeal from the district court's denial of their motion to compel arbitration of claims arising under a promissory note and a guaranty, and to stay these judicial proceedings. Having considered the record in the context of the appellants' contentions, we are satisfied that no error of law appears in the district court's ruling. Because the parties' submissions show they are thoroughly familiar with the issues before the court, we believe that an extended discussion about the district court's application of the controlling law in the framework of documents that are unique to

these parties would serve no useful precedential purpose.  We thus affirm on the basis of the magistrate judge's memorandum and order without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.